*The United States*
*vs*
*Matthew Ernest*

[The return given below is attached to copies of judgments entered September 26 and October 27, 1807.]

In obedience to the annexed decree of the Supreme Court, I sold the following articles of property attached as the property of Matthew Ernest, VIZ.

| | |
|---|---|
| One horse . . . . . . . . . . . . . | $26.75 |
| one ditto . . . . . . . . . . . | 7.- - |
| A Table . . . . . . . . . . . . . | 1. 6¼ |
| ditto . . . . . . . . . . . . . | 1.- - |
| Cider press . . . . . . . . . . . | 46.- - |
| a plough . . . . . . . . . . . . | 6.25 |
| 2 pr. Tongs . . . . . . . . . . . | 1.62½ |
| Looking Glass . . . . . . . . . . . | 4.86½ |
| Boxes & brll^s . . . . . . . . . . . | 2.75 |
| Pump & Irons . . . . . . . . . . . | 10.75 . . . |
| | $108: 5¼ |

I sold the house
outhouses & farm at                     2100.- -

$2208. 5¼

A Sleigh                                        6.50

$2214:55¼

The farm was purchased by G. Hoffman Esq. the Agent of the United States. . .

W^M M^c Scott
Marshal

The United States D<sup>r</sup>

In the case of the U. States

vs                                    In Case.

Matthew Ernest.

| | |
|---|---|
| returned a N-est & milage . . . . . | $  .25 |
| One days attendance. . . . . . . . | 5. |
| Judg<sup>t</sup> . . . . . . . . . . . . . . . | 1. |

6.25°

| | | |
|---|---|---|
| Same ⎫ | Attachment service . . . . . . . | 2. |
| vs ⎬ | mil . . . . . . . . . . . . . | :18¾ |
| Same ⎭ | 3 days attendance . . . . . . . . | 15:- |
| | Judgment . . . . . . . . . . | 1. |
| | Advertising the same. . . . . . . | 5. |
| | expenses of the sale . . . . . . . | 1.25 |
| | Keeping the horses . . . . . . . | 5.- - |
| | Commission on $2259.93¾ . . . . | 40.90 |

70:33¾

| | |
|---|---|
| E. Er | $76.58¾ |
| | 114.55¼ |
| Bal. due | $37:96½ |

At the Sale of Matthew Ernest's I sold the following articles of property.

| | |
|---|---|
| viz, 4 sundry lots of corn amounting to fifty bushels for . | $10.81 |
| A scraper | 31¼ |
| I sold a quantity of Potatoes in small lots, amounting to 90½ Bushels at | 34.26 |
| | $45.38¼ |

W<sup>M</sup> M<sup>c</sup> Scott   Marshal

[In the handwriting of William McDowell Scott]